# UNITED STATES DISTRICT COURT
Western District of North Carolina

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
|  | ) | (For **Revocation** of Probation or Supervised Release) |
| V. | ) | (For Offenses Committed On or After November 1, 1987) |
|  | ) |  |
| CALVIN LAFAYETTE DUBOYD | ) | Case Number: DNCW100CR00009-005 |
|  | ) | USM Number: 15777-058 |
|  | ) |  |
|  | ) | Renae Alt-Summers |
|  | ) | Defendant's Attorneys |

**THE DEFENDANT:**

☒ Admitted guilt to violation of condition(s) __1 & 2__ of the term of supervision.
☐ Was found in violation of condition(s) count(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | DRUG/ALCOHOL USE | 7/10/2013 |
| 2 | FAILURE TO MAKE REQUIRED COURT PAYMENTS | 7/18/2013 |

The Defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ The Defendant has not violated condition(s) ___ and is discharged as such to such violation(s) condition.
☐ Violation(s) ___ (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 9/10/2013

Martin Reidinger
United States District Judge

Date: September 17, 2013

AO 245D (WDNC Rev. 02/11) Judgment in a Criminal Case for Revocation

Defendant: Calvin Lafayette Duboyd  
Case Number: DNCW100CR00009-005

Judgment- Page **2** of **2**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of THIRTY-SIX (36) DAYS. THE DEFENDANT IS TO BE RELEASED TO THE CUSTODY OF HIS STATE PROBATION OFFICER ON 9/25/2013 TO BE DELIVERED TO INPATIENT SUBSTANCE ABUSE TREATMENT ARRANGED BY HIS STATE PROBATION OFFICER. IT IS THE REQUEST OF THE COURT THAT THE U.S. MARSHALS SERVICE NOT REMOVE THE DEFENDANT FROM THE DISTRICT PRIOR TO THAT DATE.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.  
    ☐ At ___am/pm___ on ___.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.  
    ☐ Before 2 p.m. on ___.  
    ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

United States Marshal

By: _____  
          Deputy Marshal